FILED'22 JAN 26 13:50USDC-ORM

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Medford _____ DIVISION

_Brito Antonio_

*(Enter full name of plaintiff)*

Plaintiff,

v.

_DeWayne Hendrix_
_Worden, FCI Sheridan_

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. _3:22-CV-00138-IM_
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL
RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☑Yes      ☐No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**      Name: _Brito Antonio_
Street Address: _P.O Box 5000_
City, State & Zip Code: _Sheridan OR 97378_
Telephone No.: _None_

Complaint for Violation of Civil Rights (Prisoner Complaint)      1
[Rev. 01/2018]

**Defendant No. 1**    Name: _DeWayne Hendrix Warden_

Street Address: _P.O Box 5000_

City, State & Zip Code: _Sheridan OR 97378_

Telephone No.: _____

**Defendant No. 2**    Name: _FCI Sheridan_

Street Address: _PO Box 5000_

City, State & Zip Code: _Sheridan OR 97378_

Telephone No.: _____

**Defendant No. 3**    Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

**Defendant No. 4**    Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  You are bringing suit against (*check all that apply*):

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)                    2
[Rev. 01/2018]

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

The Eighth Amendment, Cruel unusal Punishment and no Medical.

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the __facts__ of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

The FCI Warden, DeWayne Hendrix and FCI Sheridan Medical Department are Responsible and it's their duties to take care of all our Medical need

### Claim II

*State here as briefly as possible the __facts__ of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

When I had medical needs I Kept asking, the Warden and FCI medical for help

Complaint for Violation of Civil Rights (Prisoner Complaint)                    3
[Rev. 01/2018]

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☐ Yes          ☒ No

## V.  RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.*

I try to appeal the decisions and file an grievance or seek Administrative Remedy but the forms were unavailable. We have been lock down in our Unit for over 18 months, Without access to any grievance forms or the Law Library

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___1___ day of __17_____ , 20_22_

_Antonio Britto_
*(Signature of Plaintiff)*

Complaint for Violation of Civil Rights (Prisoner Complaint)                    5
[Rev. 01/2018]