FILED 10 FEB '22 10:50 USDC-ORP

Antonio, Brito
Reg# 71805-065           The United States District Court
F C I Sheridan           For The District OF Oregon
P O. Box 5000
Sheridan OR, 97378                    Case# 3:22-CV-00138-IM


Antonio, Brito                        Amended Complaint
   Plaintiff
      VS
Warden DeWayne Hendrix
et al
   Defendants


   I Antonio, Brito am filing this Amended Complaint
with The United States District Court of Oregon.
Under The Eighth Amendment's prohibition against
Cruel and Unusual punishment and no Medical
Treatment. Warden DeWayne Hendrix and the Medical
Department created a Serious Risk of Harm to my
Health and Violated my Citizen's Constitutional
Rights to be free from Cruel and Unusual
punishment and received Adequate Medical Care
and food.

(1)

For the last 18 months I have been under Inhumane Treatment and Dangerous Conditions. The F.C.I Sheridan Prison has one Doctor for over 1200 inmates. In 2017 Dr, Grasley Andrew Denied me medical treatment for my Hep-C that I didn't need it and Hep-C it's Killing my liver and my Diabetes is real high and still have nothing done for me. My eyes are real bad. I keep submitting Cop-Out to Medical asking them for an eye test so I could get Glasses with no responsed. They haven't done nothing for my teeth or gums for the last three years and my Health has gotten worsest with Covid.

The Medical Department, Dr Grasley Andrew and the Medical staff are not helping me with any Medical issues and Medical Staff Behrens, Kristina RN and Cushman Kimberly PA-C come to our Unit and I ask them for help and they are to busy to help me. I have E-mail the Warden DeWayne Hendrix and he dosen't responsed to my E-mails. I have been lockdown in the Unit for over 18 months

②

Warden, DeWayne Hendrix at FCI Sheridan is holding me in conditions that Violate the Consititution under the Fifth and the Eighth Amendments. I don't have any access to the Administrative Grievances forms they have been unavailable to me for over 18 months. The Unit Manager is not giving us any forms during Covid- Lockdown. I have been under Inhumane Treatment and Hardship, Mental Agony. The OFFicers in the Unit let the food Carts sit in the Unit for over an hour before giving us our food Trays and our food would be cold and hard. For months the Unit OFFicer would give us 15 minutes out of our cells for a Shower a day.

In light of the Warden's Decision to use Severe Lockdown as the Alternative to De-Densifying Sheridan, No Conditions of Confinement at FCI Sheridan would meet the Eighth Amendment. The Warden's Continuing Extension of the 14-day lockdown Violates Due Process and The Eighth Amendment

(3)

## Conclusion

I pray that the United States District Judge Karin J. Immergut see that my Citizen's Constitutional Rights has been Violated. The Eighth Amendment prohibition against Cruel and Unusal Punishment and no Health Care. The Warden DeWayne Hendrix has created a Serious Risk of Harm to my Health and Mental Health and Inhumane Treatment. My Citizen's Constitutional to be free from Cruel and Unusal punishment. The Eighth Amendment says I am to received Adequate Medical Care and food. I also requet that the Court give me Relief

Respectfully
Antonio Brito
x Antonio Brito    2-7-22
# 71805-065

Antonio Brito #71805-065
FCI Sheridan
P.O Box 5000
Sheridan OR, 97378

(4)