**SCOTT ERIK ASPHAUG, OSB #833674**
United States Attorney
**ALISON M. MILNE, OSB #155212**
Assistant United States Attorney
U.S. Attorney's Office for the District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Phone: 503.727.1000
Email: alison.milne@usdoj.gov
    Attorneys for the United States

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **ANTONIO BRITO**, | Case No.: 3:22-cv-00138-IM |
| Plaintiff, | UNITED STATES' STATUS REPORT |
| v. | |
| **DEWAYNE HENDRIX, Warden**; **FCI SHERIDAN,** | |
| Defendants. | |

The United States, by Scott Erik Asphaug, United States Attorney for the District of Oregon, through Assistant U.S. Attorney Alison Milne, submits the following status report pursuant to this Court's Order. ECF 12.

On June 10, 2022, this Court noted that it had directed the United States Marshals Service to effect service in this case, but it had not been completed in the two months since the summons issued, and ordered the United States Attorney to "investigate" why service had not been completed. ECF 12 at 2. The Marshals Service inadvertently overlooked the Court's order. The United States Attorney's Office ("USAO") brought the service deficiency to the attention of the Marshals Service, which served the USAO and the Bureau of Prisons on June 15, 2022. The USAO is awaiting confirmation as to whether the Attorney General has also been served as required for completion of service under Fed. R. Civ. P. 4(i). *See* Fed. R. Civ. P. 4(i)(1), (2).

DATED this 24th day of June, 2022

<div style="margin-left:50%">

SCOTT ERIK ASPHAUG
United States Attorney
District of Oregon

*/s/ Alison Milne*
ALISON MILNE
Assistant United States Attorney

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was placed within a first class postage prepaid envelope, marked "LEGAL MAIL OPEN ONLY IN PRESENCE OF INMATE" and deposited in the United States Mail within the offices of the United States Attorney or at a United States Post Office according to established office practice at Portland, Oregon, on June 24, 2022 addressed to:

Antonio Brito
FRN 71805-065
FCI Sheridan
Inmate Mail/Parcels
P.O. Box 5000
Sheridan, OR 97378

*/s/ Keith Ramsey*
KEITH RAMSEY
Supervisory Paralegal Specialist